UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TODD E. BROWNING, | ) | CASE NO. C06-1729-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF TRANSFER |
| REED HOLTGEERTS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is currently in custody in the King County Jail in Kent, Washington. He has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction entered against him by a state court in Montana. (Dkt. #1). Petitioner has not paid the filing fee nor sought leave to proceed *in forma pauperis*. Having considered the petition and the balance of the record, the court does hereby find and ORDER as follows:

(1)   The statute governing petitions for habeas corpus provides that a petition may be filed either in the district "wherein such person is in custody *or* . . . the district within which State court was held which convicted and sentenced him." 28 U.S.C. § 2241(d) (emphasis added). Both districts have concurrent jurisdiction to entertain the petition. *Id.* However, a district court

ORDER OF TRANSFER
PAGE -1

wherein a petition has been filed may, in the interest of justice, transfer the case to any other district in which the case could have been brought. *Id.* Because petitioner's conviction arose in Montana, and the records and attorneys associated with that conviction reside there, the court hereby directs that this case, in the interest of justice, be TRANSFERRED, to the United States District Court for the District of Montana.

(2)   The Clerk is directed to close this case and transfer all original documents to the District of Montana. The Clerk is also directed to send a copy of this Order to petitioner at his address of record, and to Judge Theiler.

DATED this 5th day of December, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for entry
this 4th day of December, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER OF TRANSFER
PAGE -2